# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO



UNITED STATES OF AMERICA,

V.



RUSSELL ALLEN LYLES, JR.

E-filing



DEFENDANT(S).

## INDICTMENT

21 U.S.C. §841(a)(1) and §841(b)(1)(B) --Distribution/Possession With Intent To Distribute At Least 100 Individual Marijuana Plants;

18 U.S.C. §924(c)--Possession Of Firearm In Furtherance Of Narcotics Trafficking Offense;

18 U.S.C. §922(g)(3)--Illegal User Of Controlled Substance In Possession Of Firearm

A true bill.

_INDICT_

_____
Foreman

Filed in open court this __26__ day of __June 2008__

_____
Clerk

Bail, $ _No process_

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. Secs. 841(a)(1) & (b)(1)(B) (Ct. 1)
18 U.S.C. Sec. 924(c) (Ct. 2)
18 U.S.C. Sec. 922(g)(3) (Ct. 3)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
See attached

E-filing

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

▶ RUSSELL ALLEN LYLES, JR.

**DISTRICT COURT NUMBER**

CR 08 0420

**DEFENDANT**  PJH

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ 6/12/2008   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
Special Agent John Moore
Department of Homeland Security/Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
08-70351

Name and Office of Person Furnishing Information on THIS FORM   JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) W.S. Wilson Leung

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

## RUSSELL ALLEN LYLES, JR. PENALTY SHEET CONTINUATION

Count One (21 U.S.C. §§ 841(a)(1) & (b)(1)(B)):

Maximum term of 40 years' imprisonment
Mandatory minimum term of 5 years' imprisonment
Maximum term of supervised release of life
Mandatory minimum term of 4 years' supervised release
Maximum fine of the greatest of either: (a) $2 million; (b) twice the gross pecuniary gain to the defendant; (c) or twice the gross pecuniary loss inflicted on another
Mandatory special assessment of $100

Count Two (18 U.S.C. § 924(c)):

Maximum term of life imprisonment
Mandatory minimum term of 5 years' imprisonment, to be imposed consecutive to any other term of imprisonment
Maximum term of supervised release of 5 years
Maximum fine of the greatest of either: (a) $250,000; (b) twice the gross pecuniary gain to the defendant; (c) or twice the gross pecuniary loss inflicted on another
Mandatory special assessment of $100

Count Three (18 U.S.C. § 922(g)(3)):

Maximum term of 10 years' imprisonment
Maximum term of supervised release of 3 years
Maximum fine of the greatest of either: (a) $250,000; (b) twice the gross pecuniary gain to the defendant; (c) or twice the gross pecuniary loss inflicted on another
Mandatory special assessment of $100

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
JUN 2 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. CR 08 0420 PJH |
| v. | VIOLATION: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) — Distribution/Possession With Intent To Distribute At Least 100 Individual Marijuana Plants; 18 U.S.C. § 924(c) — Possession Of Firearm In Furtherance Of Narcotics Trafficking Offense; 18 U.S.C. § 922(g)(3) — Illegal User Of Controlled Substance In Possession Of Firearm |
| RUSSELL ALLEN LYLES, JR., | |
| Defendant. | SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:   (21 U.S.C. § 841(a)(1) and 841(b)(1)(B) — Distribution And Possession With Intent To Distribute At Least 100 Individual Marijuana Plants)

From at least in or about 2006, up through and including on or about June 12, 2008, in the Northern District of California, the defendant,

RUSSELL ALLEN LYLES, JR.,

unlawfully, intentionally, and knowingly did distribute and possess with the intent to distribute a controlled substance, to wit, 100 or more individual marijuana plants.

INDICTMENT

1  All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

2  COUNT TWO:    (18 U.S.C. §924(c) – Possession Of Firearm In Furtherance Of Narcotics Trafficking Offense)

On or about June 12, 2008, in the Northern District of California, the defendant,

RUSSELL ALLEN LYLES, JR.,

unlawfully, willfully, and knowingly did use and carry a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, distributing and possessing with the intent to distribute at least 100 individual marijuana plants charged in Count One of this Indictment, and did possess that firearm in furtherance of the offense charged in Count One of this Indictment, to wit:

    a.    One Titan .25-caliber pistol, serial number DE06027;

    b.    One Savage Arms double barrel shotgun, serial number B181690;

    c.    One Interarms double barrel shotgun, serial number T120205;

    d.    One Benelli 12-gauge shotgun, serial number M425610;

    e.    One Western Field .308-caliber rifle, serial number 02493; and

    f.    One Waffenwerke Oberspree rifle, serial number 5563.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(I).

COUNT THREE:    (18 U.S.C. §922(g)(3) – Illegal User Of Controlled Substance In Possession Of Firearm)

On or about June 12, 2008, in the Northern District of California, the defendant,

RUSSELL ALLEN LYLES, JR.,

while an unlawful user of a controlled substance (as defined in section 102 of the Controlled Substances Act, 21 U.S.C. § 802), to wit, marijuana, unlawfully, willfully, and knowingly did possess a firearm in and affecting interstate and foreign commerce, to wit:

    a.    One Titan .25-caliber pistol, serial number DE06027;

    b.    One Savage Arms double barrel shotgun, serial number B181690;

    c.    One Interarms double barrel shotgun, serial number T120205;

    d.    One Benelli 12-gauge shotgun, serial number M425610;

1  e. One Western Field .308-caliber rifle, serial number 02493; and
2  f. One Waffenwerke Oberspree rifle, serial number 5563.
3  All in violation of Title 18, United States Code, Section 922(g)(3).

DATED: 6-26-08

A TRUE BILL

FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: _____)
AUSA W.S. Wilson Leung

INDICTMENT                                           -3-