ALAN P. CAPLAN
630 Carolina Street
San Francisco, CA 94107
(415) 826-2371
(415) 824-7148 (Fax)
MA Bar No: 072700
Email: apc716@pacbell.net

Attorney for Defendant
RUSSELL LYLES, JR.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RUSSEL LYLES, JR.<br><br>　　　　　Defendant. | No: CR–08-00420-PJH-1<br><br>GENERAL APPEARANCE<br>OF ALAN P. CAPLAN AS<br>CO-COUNSEL FOR DEFENDANT<br>RUSSEL A. LYLES, JR. |

　　　The undersigned, Alan P. Caplan, hereby enters his general appearance as counsel in the above-entitled matter on behalf of defendant Russell Lyles, Jr., substituting his appearance for that of his present counsel, Anthony Brass.

Dated: July 16, 2008.

Respectfully submitted:

/s/Alan P. Caplan
630 Carolina Street
San Francisco, CA 94107
Phone: 826-2371
Fax: 824-7148
E-Mail: apc716@pacbell.net

**Entry of General Appearance as Co-Counsel for defendant Han Lee, Page 2**

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2008, I caused to be electronically filed under seal my General Appearance as Counsel for Defendant Russell Lyles, Jr. with the Clerk of this Court using the CM/ECF system which will send notification of such filing to AUSA Wai Shun Wilson Leung.

Dated: July 16, 2008.

    s/ Alan P. Caplan
    Alan P. Caplan
    630 Carolina Street
    San Francisco, CA 94107
    Phone: 826-2371
    Fax: 824-7148
    E-Mail: apc716@pacbell.net