1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6758
7      FAX: (415) 436-6753

8  Attorneys for the United States of America

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,        )   No. CR 08-00420 PJH
14                                  )
                                    )
15     - v. -                       )   [PROPOSED] ORDER AND
                                    )   STIPULATION ADJOURNING JULY 30,
16                                  )   2008 STATUS CONFERENCE TO
   RUSSELL ALLEN LYLES, JR.,        )   AUGUST 6, 2008
17                                  )
         Defendant.                 )
18                                  )
                                    )
19
       Defendant Russell Allen Lyles, Jr., appeared before Magistrate Judge Maria-Elena James
20
   on July 16, 2008, at which Anthony Brass, Esq., withdrew as counsel and Alan Caplan, Esq.,
21
   appeared as counsel of record, and at which Magistrate Judge Maria-Elena James scheduled a
22
   status conference before the District Court for July 30, 2008 at 1:30 p.m. and excluded time
23
   under the Speedy Trial Act until the July 30, 2008 date in the interests of justice.  It is hereby
24
   found that:
25
       1.   On July 16, 2008, the Government made its initial production of discovery to Mr.
26
   Caplan, which was supplemented over the next eight days with additional materials.
27
       2.   Mr. Caplan has been reviewing the discovery and requires additional time to
28

[*United States* v. *Lyles*, CR 08-00420 PJH]
[Stipulation and Order Adjourning Conference]

1  assess the materials for the purpose of determining what motions, if any, the defendant will be
2  filing. Mr. Caplan is also preparing a motion for submission to Magistrate Judge Bernard
3  Zimmerman for re-consideration of Judge Zimmerman's decision to detain the defendant
4  pending trial.
5      3.   The parties have conferred and have requested that the July 30, 2008 status
6  conference be adjourned one week until August 6, 2008, so that Mr. Caplan will have additional
7  time to familiarize himself with this case, assess discovery, and prepare his detention motion.
8      4.   The parties have also sought exclusion of the time from July 30, 2008 to August
9  6, 2008 under the Speedy Trial Act because the requested one-week adjournment is intended to
10 ensure effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B).
11     5.   Accordingly, the Court hereby adjourns the pending status conference from July
12 30, 2008 until August 6, 2008 at 1:30 p.m., and excludes the time from July 30, 2008 until
13 August 6, 2008 under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (b).

    IT IS SO STIPULATED.

DATED:    July 25, 2008          /s/
                                 W.S. WILSON LEUNG
                                 Assistant United States Attorney

DATED:    July 25, 2008          /s/
                                 ALAN CAPLAN, ESQ.
                                 Attorney for Defendant Russell Allen Lyles, Jr.

    IT IS SO ORDERED.

DATED:    July ____, 2008        _____
                                 HON. PHYLLIS J. HAMILTON
                                 United States District Judge

[*United States* v. *Lyles*, CR 08-00420 PJH]
[Stipulation and Order Adjourning Conference]