UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** August 6, 2008     **JUDGE:** Phyllis J. Hamilton

**Case No:** CR-08-0420 PJH

**Case Name:** UNITED STATES v. RUSSELL A. LYLES (C)

**Attorney for Plaintiff:** Wilson Leung
**Attorney for Defendant:** Alan Caplan

**Deputy Clerk:** Nichole Heuerman     **Court Reporter:** Margo Gurule

**PROCEEDINGS**

Trial Setting-Held. The government informs the court that discovery has been produced. Defense counsel informs the court that he plans to file multiple motions to suppress. The court informs counsel that the filing of the motions will be staggered. The first motion shall be filed by 9/17/08; opposition to be filed by 10/1/08; reply to be filed by 10/8/08. The second motion shall be filed by 10/29/08; opposition to be filed by 11/12/08; reply to be filed by 11/19/08. The hearing on all motions we be held on 11/26/08 at 1:30 p.m. Time is excluded from 8/6/08 to 9/17/08 for effective preparation of counsel. The government to prepare order regarding exclusion of time.

**CASE CONTINUED TO:** November 26, 2008 at 1:30 p.m. for Motions.

--------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:** Category   Begins 8/6/08   Ends 9/17/08
--------------------------------------------------------------------------------------------------------------

**cc:**     Chambers; Wendy