UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff(s), | ) | No. CR-08-00420 PJH-1 |
| | ) | 3:08-70351 MAG (BZ) |
| v. | ) | |
| | ) | |
| RUSSELL LYLES, JR., | ) | **ORDER SHORTENING TIME** |
| | ) | |
| Defendant(s). | ) | |

There being no opposition, **IT IS HEREBY ORDERED** that defendant's request that his Motion to Reconsider be heard on shortened time is **GRANTED.** The government's opposition, if any, is due by **noon, August 25, 2008**. The hearing will occur on **Wednesday, August 27, 2008 at 1:30 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: August 19, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\ORDERS.08\LYLES.ORDER GRANTING OST.wpd

1