1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH(CABN 163973)
   Chief, Criminal Division
4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6758
7  FAX: (415) 436-6753

8  Attorneys for the United States of America

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,        )    No. CR-08-0420-PJH(BZ)
14                                  )
                                    )
15     - v. -                       )    APPLICATION AND [PROPOSED]
                                    )    ORDER ALLOWING FILING OF
16                                  )    GOVERNMENT'S OPPOSITION OUT OF
   RUSSELL ALLEN LYLES, JR.,        )    TIME
17                                  )
         Defendant.                 )
18                                  )
   _____)
19

20      The Government respectfully submits this application to seek permission to file its

21 Opposition to the Defendant's Motion for Reconsideration of the Court's Detention Order late

22 and for permission to file this application out of time.

23      1.    On June 17, 2008, the Court granted the Government's motion to detain the

24 defendant. At the detention hearing, the defendant was represented by Anthony Brass, Esq.

25      2.    Following the detention hearing, the defendant was indicted by a Grand Jury on

26 June 26, 2008. On July 16, 2008, due to a potential conflict, Mr. Brass withdrew as counsel for

27 the defendant and Alan Caplan, Esq., made a general appearance for the defendant.

28      3.    On August 16, 2008, Mr. Caplan filed a Motion for Reconsideration of the

[*United States* v. *Lyles*, CR 08-0420-PJH]
[Application and Proposed Order Extending Filing Deadline]

1. Court's Detention Order.  Mr. Caplan, with the Government's consent, also sought to a shortened return date for his motion due to a medical issue.  The Court granted Mr. Caplan's request and set August 27, 2008 at 1:30 pm as the hearing date.  The Court also set August 25, 2008 at noon as the filing date and time for the Government's opposition.

4. Due to an error by the undersigned, the Government erroneously believed that August 25, 2008 was Tuesday, which is actually August 26, 2008.  Accordingly, the date and time for the filing of the Government's opposition has passed without the Government filing its opposition or seeking an extension.  Accordingly, the Government respectfully submits this application to seek permission to file its opposition late, i.e., by 9 pm on August 25, 2008, effective *nunc pro tunc*, and for permission to file this application out of time.  Mr. Caplan has consented to the Government's request.

5. The undersigned regrets any inconvenience to the Court.

DATED:     August 25, 2008              /s/
                                        W.S. WILSON LEUNG
                                        Assistant United States Attorney


IT IS SO ORDERED.

DATED:     August ____, 2008
                                        HON. BERNARD ZIMMERMAN
                                        United States Magistrate Judge

[*United States* v. *Lyles*, CR 08-0420-PJH]
[Application and Proposed Order Extending Filing Deadline]