MICHAEL CLOUGH State Bar No. 235410
Law Offices of Michael Clough
6114 LaSalle Ave #833
Oakland, CA 94611
Telephone: (650) 274-7764
Facsimile:   (888) 285-4128
cloughlawoffices@gmail.com

Co-counsel for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　　　vs.<br><br>RUSSELL A. LYLES, JR.,<br>　　　　　Defendant. | ) Case No.: No: CR-08-00420-PJH-1<br>)<br>) STIPULATION/ APPLICATION AND<br>) ORDER MODIFYING CONDITIONS<br>) OF RELEASE<br>)<br>)<br>) |

## OVERVIEW

On May 5, 2010, this Court ordered Defendant Lyles released subject to conditions that included home detention and electronic monitoring.

On July 14, 2010, Lyles entered into a plea agreement. Under the terms of the plea agreement, the charges that potentially could have led to the imposition of mandatory minimum sentences are to be dismissed. In addition, the parties agreed to an offense level (13) that, if accepted by the court, would make it unlikely that Lyles will be sentenced to a term longer than the time he has already served in custody.

1

1 In light of his plea agreement, Lyles respectfully requests that court amend
2 his release order to delete the home detention and electronic monitoring conditions.
3 The pretrial services officer responsible for monitoring Lyles supports this
4 request.
5 Assistant United States Attorney Derek Owens does not oppose this request.
6 In the event that this order is granted, Defendant intends to withdraw his
7 pending motion to change the conditions of his release and submit an amended
8 motion concerning the non-association condition, which will not be affected by an
9 order granting this unopposed motion

DATED: July 27, 2010

Respectfully Submitted,

        /s/ Michael Clough_____
        MICHAEL CLOUGH
        COUNSEL FOR DEFENDANT

        /s/ Derek Owens_____
        DEREK OWENS
        ASSISTANT U.S. ATTORNEY

## ORDER

Pursuant to Title 18 United States Code § 3142, the defendant's conditions of release are modified as follows:

    The previously ordered home detention and electronic monitoring conditions are deleted.

In all other respects the May 5, 2010 Order Setting Conditions of Release remains in full force and effect.

IT IS SO ORDERED.

DATED: 7/28/10

_____
DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

MICHAEL CLOUGH State Bar No. 235410
Law Offices of Michael Clough
6114 LaSalle Ave #833
Oakland, CA 94611
Telephone: (650) 274-7764
Facsimile:   (888) 285-4128
cloughlawoffices@gmail.com
Co-counsel for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>RUSSELL A. LYLES, JR.,<br>　　　　Defendant. | ) Case No.: No: CR-08-00420-PJH-1<br>)<br>) STIPULATION/ APPLICATION AND<br>) (PROPOSED) ORDER MODIFYING<br>) CONDITIONS OF RELEASE<br>)<br>) |

## PROPOSED ORDER

　　Pursuant to Title 18 United States Code § 3142, the defendant's conditions of release are modified as follows:

　　The previously ordered home detention and electronic monitoring conditions are deleted.

In all other respects the May 5, 2010 Order Setting Conditions of Release remains in full force and effect.

　　IT IS SO ORDERED.

DATED: _____        _____
　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE